**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6109

ARON FREELAND,

       Petitioner - Appellant,

         v.

SHELBY SEARLS, Superintendent,

       Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00172-GMG-RWT)

Submitted:  September 8, 2022                Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Aron Freeland, Appellant Pro Se. Lindsay Sara See, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aron Freeland seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C. § 2254 petition and denying his pending motions. The district court dismissed Freeland's § 2254 petition because he failed to comply with the court's instruction to complete and submit the standardized form for § 2254 petitions. We have reviewed the record and discern no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal.[*] We also deny Freeland's motion to appoint counsel, motion to supplement the record, and supplemental motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because the district court dismissed Freeland's § 2254 petition without prejudice, he may refile it using the standardized form.